# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, :<br>:<br>v.         :<br>:   Criminal Action No. 07-552 (JAG)<br>CORREY BANKS,       :<br>:          **ORDER**<br>Defendant.   :<br>_____ : | |

**GREENAWAY, JR., U.S.D.J.**

      This matter comes before this Court on defendant Correy Banks' ("Defendant") pre-trial motions (Docket Entry No. 12); and it appearing that this Court reviewed the parties' submissions and oral argument, and for the reasons set forth in the accompanying Opinion, and good cause appearing,

      IT IS on this 15th day of April, 2008,

      ORDERED that Defendant's motion to suppress evidence is GRANTED; and it is further

      ORDERED that the remaining pre-trial motions raised by the Defendant, regarding disclosure of evidence under FED. R. EVID. 404(b), the continuing obligation of the Government to produce exculpatory evidence, the production by the Government of <u>Jencks</u> material, the preservation and production by the Government of all rough notes created by law enforcement agencies and government witnesses in the course of the investigation leading to the indictment, and the review by the Government of the personnel files of the law enforcement officers involved in this case, are GRANTED in accordance with the rulings made by this Court during the suppression hearing on February 1, 2008; and it is further

ORDERED that the Defendant's motion to dismiss the indictment in the event that evidence or investigative notes were destroyed is DENIED; and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.