2007R00700/CJK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | Hon. Joseph A. Greenaway |
|  |  | Criminal No. 07-552 (JAG) |
| v. | : |  |
| CORREY BANKS | : | ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Christopher J. Christie, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 07-552, against defendant Correy Banks, charging defendant with knowingly possessing in and affecting commerce ammunition and a firearm after having been previously convicted of a felony in violation of Title 18, United States Code, Section 922(g)(1), because further prosecution is not in the interests of the United States at this time.

This dismissal is without prejudice.

_Christopher J. Christie_
CHRISTOPHER J. CHRISTIE
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. JOSEPH A. GREENAWAY
United States District Judge

Dated: 6-5 2008